UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL R. REYES,

    Petitioner,

vs.

ROBERT HOREL, Warden,

    Respondent.

No. C 09-5792 PJH (PR)

**ORDER DENYING MOTION FOR PERMISSION TO APPEAL**

This petition for writ of habeas corpus was denied on January 24, 2013, and judgment entered accordingly. Petitioner has filed a motion for permission to appeal. The court has already denied a certificate of appealability and petitioner may file an appeal to the Ninth Circuit if he chooses and seek a certificate of appealability from that court. Therefore, the motion (Docket No. 15) is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 15, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.09\Reyes5792.ord.wpd